# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

### COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. __**20-cv-01606 - JCH**__
(To be supplied by the Court)

v.

FILED - USDC - CT - BPT
OCT 23 2020 AM10:28

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. __JEANNETTE MATOS__ is a citizen of __Connecticut__ who
   (Plaintiff)                                              (State)
presently resides at __400- 3 Austin Rd Watersbury, CT.__
                          (mailing address)          __06705__

2. Defendant __U.S. Census Bureau__ is a citizen of _____
            (name of first defendant)                        (State)
whose address is _____.

3.  Defendant _____ is a citizen of _____

                (name of second defendant)                                    (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES."  Be sure to include
each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. On August 10. 2020 I
WAS ASSigned 48 CENSUS 2020 CASES, to do,
The day before was my first day August 9. 2020
I was given 65 CASES. During My process of
Filling out my application they CENSUS
WAS INFORM I WAS A WALKER. ON this day
I took my daughter, Electric bike with me,
because of the long list of CASES. After I
did two houses, on My WAY to the NEXT house
My bike hit a pai tree branch. I losted
control and fell off the bike, on to
the grass. I heard and felt My KNEE
Pop, but, I did feel anything at
First so got up, cleaned myself
off and went to the NEXT house.
ONCE I got there when I went to
pick up My leg a shocking pain hit
My soul. I realize to couldn't pickup
My leg, I still completed this CASE AND
WENT ACCROSS the street to the

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:**  I have Not received my 145 day Pay AND No workmen Comp as well

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:**  See ▓▓▓

Supporting Facts:

3

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

Payment of my 145 days PAY AND MY WorkimenComp. Pain and Suffering AND PERMANENT damage to my Left Knee.

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes      No

_____
Original signature of attorney (if any)

_____
Printed Name

_____
Plaintiff's Original Signature

SEANNETE Matos
Printed Name

(   )
Attorney's full address and telephone



Email address if available

(203) 982-8351
Plaintiff's full address and telephone
400-3 Austin Rd
Waterbury, CT. 06705
Email address if available
Jmatos134@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                    (location)                                      (date)

_____
Plaintiff's Original Signature

(Rev.3/29/16)

5

On August 11, 2020 Ms Matos placed a call again as she had not been sent the email M Lori Pleque stated she would on the 10th of August 2020.  The documents were finally sent over.  Ms. Matos needed assistance completing this form.  Ms Matos was helped very vaguely.  It was a very hard task to keep Lori Pleque on the phone long enough to receive the proper help needed to complete any documents.  Many calls were placed, no messages could be leftas Lori Pleque answering machine remained full.

On August 12, 2020, Ms. Matos received a call from Waterbury Hospital in the state of Connecticut, they were also unable to reach Lori Pleque.  Ms. Matos expressed the same concern of not being able to get in contact with Lori Pleque, regarding this incident.  Plus all the items needed to be completed.  Ms. Matos continues to place calls into provided contact information for Lori Pleque.  Contact was made she was informed by Ms. Matos that the Hospital was trying very hard to reach her, Lori Pleque disclosed to Ms. Matos her answering machine wasn't working properly.

Cause of Action

Since Ms. Matos injury 10th to the 26th of August 2020, she received no services of any kind of help for her injury.  As she lives alone in a townhouse set up.  Ms. Matos during this time suffered gravely without no help to dress, shower or use the bathroom.   Finally with much hard work on Ms Matos part, Physical Therapy started on August 26, 2020, as well as home care Nursing services.

On September 5, 2020, Ms. Matos received a letter from the Department of Labor which stated she needed to complete and file a CA-7.  Again Ms. Matos called Lori Pleque as she would need assistance filing this CA-7 form.  Lori Pleque on this day answered the phone and instructed Ms. Matos not to complete the form, CA-7 until October 10, 2020.  Lori Pleque had Ms. Matos faxed her the letter that she just received, which she did that day.  Lori Pleque stated that Ms. Matos must first be paid out for 45 days, Ms. Matos had no knowledge or understanding of what Lori Pleque was referring to but agreed to wait until October 10, 2020, as instructed.  Ms. Matos with concerns contacted the number on the letter she received about Lori Pleque inability or unwillingness to help Ms Matos with any matter regarding serious injury and payments.  Ms. Matos while now on the phone with a man requested to speak with a Supervisor any that could help with Lori Pleque issues.  Two days later Ms. Matos received a very aggressive call from a woman named Christine, who was aggressive on the call.  Her tone was very nasty.   Ms Matos at first was confused and unaware why this Christine no last name given was calling and speaking to her this way.  Ms. Matos asked if she was a Supervisor, Christine stated no but she spoke with Ms. Matos two weeks prior.  Ms. Matos explained her issues were with Lori Pleque was unsure why Christine was in contact with her currently.  Ms. Matos again requested for a Supervisor leveled person to help in this matter, as still nothing is happening with her incident.  Christine stated she would contact Lori Pleque directly to straighten this out.  Ms. Matos again requested still a Supervisor be brought into help.  Christine denied this request and stated no.  Ms. Matos stated this seems to be time legal representation is needed.

As of October 21, 2020 Ms. Matos has received no correspondence with the above employer, no payment, nor and help with next steps to filing out required paywork.

Ms. Matos is seeking full payment of monies owed for work, plus damages for pain and suffering, As well as permanent damage to my left knee.

FILED - USDC - CT - BPT
OCT 23 2020 AM10:29



# Social Security Administration
# **Benefit Verification Letter**

Date: October 22, 2020
BNC#: 20QL361D80560
REF: A, C1, DI

JEANNETTE MATOS
400-3 AUSTIN RD
WATERBURY CT  06705-3782

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning February 2020, the full monthly Social Security benefit before any deductions is $847.90.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $847.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

We found that you became disabled under our rules on December 15, 2001.

**Information About Past Social Security Benefits**

From January 2020 to January 2020, the full monthly Social Security benefit before any deductions was $636.90.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $636.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly disability benefits.

See Next Page

20QL361D80560                                                    Page 3 of 3

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at
1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find
general information about Social Security. If you have any specific questions, you
may call us toll-free at 1-800-772-1213, or call your local office at 1-877-405-4874.
We can answer most questions over the phone. If you are deaf or hard of hearing,
you may call our TTY number, 1-800-325-0778. You can also write or visit any
Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 1
> 51 NORTH ELM ST
> WATERBURY CT 06702

If you do call or visit an office, please have this letter with you. It will help us
answer your questions. Also, if you plan to visit an office, you may call ahead to
make an appointment. This will help us serve you more quickly when you arrive at
the office.

*Social Security Administration*

Work History

Applicant Ms. Matos is not working now and no Doctor has indicated when she can return to work. She has not done work around her house and she is unable to work at any gainful employment opportunities. She has not received any benefits through the company nor has she received any money for any type of work. She only received money owed from prior weeks pay from training hours and one full day of pay.

Ms. Matos' last employer was the U.S. Department of Commerce, U.S. Census Bureau. She was hired on March 14, 2020, but due to Covid 19 August 1, 2020 was the first day of training. She was hired to do the Census field work. On August 9, 2020 was the first time Ms. Matos work out in the community travel door to door by foot. She was assigned 65 cases, which she completed 48 cases on that day. She was given this large caseload even as it was the Departments knowledge she was on foot and can't drive, she has no drivers license. Ms. Matos the next day on August 10, 2020 borrowed an electric bike to perform her scheduled work cases. Ms. Matos was injured on that day and was placed out of work with no return date, due to the gross nature of the injuries sustained.

Ms. Matos has never been injured at work prior to this accident, nor has she ever been terminated from any gainful employment. She has a great long standing work history with all her prior employers.

Injury August 10, 2020

Ms. Matos was injured on her left knee. See attached Disposition slips from Neurosurgery, Orthopaedics and Spine Specialists, PC. She has fallen off an electric bike while completing her route. This was around 12:30 pm on the day I mentioned. Ms. Matos was traveling about 10 miles an hour on the electric bike, and the front tire made contact with a stick. This cause Ms. Matos to be ejected off the bike and lands directly on her left side. Ms. Matos assessed herself for injuries she felt pain in her leg, and received cuts and scrapes. Once she realized her injuries weren't fading away she immediately went to the nearest hospital. Ms. Matos contacted her Supervisor during all this time to report she had fallen, and she believed she was seriously injured. She stated to the Supervisor, she will be traveling to the hospital. The Supervisor instructed Ms. Matos to call the Workmen Comp Census Claim Officer Lori Pleque. Ms. Matos did so immediately. Ms. Matos was not able to reach Lori Pleque as she did not answer and her answering machine was full. Ms. Matos again called her Supervisor seeking instructions on what to do next, as no contact was made with Lori Pleque. The Supervisor instructed Ms. Matos to wait a few minutes and she will contact her Manager's name unknown about the incident. Lori Pleque finally called back approximately 10 minutes later. Ms. Matos explained in full detail the incident and details about the injuries. Lori Pleque ask for my email address to send the paperwork needed. Ms. Matos was also given the contact information for the paperwork from the Hospital to be sent. Everything requested of Ms. Matos by Lori Pleque was completed.



File Number: 014009684
CA-1008 SFC-D-ACC

U.S. DEPARTMENT OF LABOR

OWCP/DFEC, PO Box 8311
LONDON, KY 40742-8311
Phone:  (857) 264-4600

**Want Faster Service?**
**Upload a document at ecomp.dol.gov**

September 03, 2020

Date of Injury: 08/10/2020
Employee:  JEANNETTE MATOS

JEANNETTE MATOS
400-3 AUSTIN RD
WATERBURY, CT 06705

Dear JEANNETTE MATOS:

When your claim was received, it appeared to be a minor injury that resulted in minimal or no lost time from work.  These cases are administratively handled to allow for payment of a limited amount of medical expenses.  The merits of the claim, however, had not been formally considered.

Your claim has now been reopened for consideration because we have received an indication that you have not returned to work in a full-time capacity; therefore, we are now formally adjudicating your claim.

This is to notify you that your claim for a traumatic injury on 08/10/2020 has been accepted for the following condition(s):

| Diagnosed condition(s) | ICD-10 code(s) |
|---|---|
| UNSPECIFIED FRACTURE OF LEFT PATELLA, INITIAL ENCOUNTER FOR CLOSED FRACTURE | S82002A |

**Please advise all medical providers who are treating you for this injury of the accepted ICD-10 code(s).  Accurate coding facilitates timely bill processing.**

If the current accepted condition(s) need to be revised or additional complications related to the current accepted condition(s) need to be added, your physician should explain in writing, with medical rationale, the relationship between any additional condition and the work injury or the current accepted condition(s) noted above.

If your injury results in lost time from work, you may be eligible to receive continuation of pay (COP) until you recover or return to light duty, up to a maximum of 45 calendar days.  If wage loss continues after your entitlement to COP expires, you may claim compensation using Form CA-7.

If you have not been released to full duty, have your treating physician provide a medical report that includes appropriate work restrictions and a statement as to when you will be released back to full duty without restrictions.

 *If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

File Number: 014009684
CA-1008 SFC-D-ACC

Please refer to the attachment entitled "Now That Your Claim Has Been Accepted" for important information pertaining to how to contact us, medical authorizations, payment of bills, and returning to work.

Sincerely,



 Division of Federal Employees' Compensation

Enclosure: NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS
NEW YORK
32 OLD SLIP, 6TH FLOOR
NEW YORK, NY 10005

**NOTICE TO EMPLOYING AGENCY:**
If Form CA-7 claiming compensation for wage loss is filed, you are reminded that 20 C.F.R. §10.111(c) requires the submission of a CA-7 within 5 working days.  Please fully complete any form submitted and provide contact information to avoid delay of payment.

Please send a copy of the position description (including physical requirements) for the job held on date of injury.

Please submit an update regarding this employee's work status.



September 03, 2020

File Number: 014009684
CA-1008 SFC-D-ACC

## NOW THAT YOUR CLAIM HAS BEEN ACCEPTED

**CONTACT INFORMATION**

**General Information** - Information can be obtained on the Department of Labor website at http://www.dol.gov under the Office of Workers' Compensation, Division of Federal Employees' Compensation. You may directly access the Division of Federal Employees' Compensation portion of the web site at http://www.dol.gov/owcp/dfec/index.htm.

**Claimant Query System (CQS)** – Claimants may view their case and compensation claim status, billing updates (including reimbursements), coverage limitations, and other information maintained in CQS by registering for an account online at https://ecomp.dol.gov/.

**Medical Authorizations and Billing Inquiries** – All medical providers should contact our medical authorization and bill processing contractor for all authorizations and billing questions. Automated information is available 24 hours per day at 1-866-335-8319, 1-844-493-1966, or online at http://owcpmed.dol.gov. Authorization Request Templates may be submitted by Direct Data Entry (DDE) online at http://owcpmed.dol.gov, via the medical authorization fax line at 1-800-215-4901, or by mail to P.O. Box 8300 London, KY 40742-8300. If you, your doctor, or other medical providers require direct contact with a customer service representative, you may call 1-844-493-1966, Monday – Friday, 8am – 8pm Eastern.

**Compensation Payments** - Automated information regarding compensation payments is available 24 hours per day by phoning 202-693-0040.

**Questions about your claim** - If you have any questions regarding your FECA claim, you may contact the Office at the phone number and address listed on the front page of this letter. If you write to us, please put your case file number on each page.

**Forms** - Most of the billing and claim forms described below are available at: http://www.dol.gov/owcp/dfec/regs/compliance/forms.htm.

**Change of Address** - If your contact information changes (i.e. mailing address or telephone number), notify us promptly in writing over your signature. We cannot accept these changes over the telephone.

**Submission of Information** - You can submit requested information or other documentation pertaining to your FECA case to the address at the top of this letter, OR you can electronically upload documents into your case using the Employees' Compensation Operations and Management Portal (ECOMP). You can access ECOMP from any internet browser at: https://www.ecomp.dol.gov/ When you access the website, choose the "Upload Document" option. You will be asked to provide your case number, last name, date of birth and date of injury to upload a document. ECOMP will then provide you with a Tracking Number so that you can verify when OWCP has received your document. For more detailed information about this document submission feature, visit the ECOMP website and click "Help."

**Attorneys and Authorized Representatives** - You do not need the services of an attorney or representative to claim benefits under the FECA. However, you may obtain such services if you wish to do so, at your own expense. Before we can release information to, or discuss your case with, any representative, including a family member, we will need a statement signed by you, stating that you designated someone to represent you in your OWCP claim. The contact information for that party is also required. Please also be mindful of the following regarding fees for representative services:



File Number: 014009684
CA-1008 SFC-D-ACC

- In each case where a representative's fee is desired, an application for approval of the fee must be submitted to OWCP.
- Fees collected prior to OWCP approval may constitute a misdemeanor under 18 U.S.C. § 292.
- Contingency fees are not allowed in any form.  See 20 C.F.R. § 10.702 (a).  Further, a fee will not be approved merely on the basis of a percentage of the amount of compensation awarded.  All fees claimed for services rendered must be calculated on an hourly basis.
- The ultimate collection of the fee is a matter between the representative and the claimant.

## MEDICAL AUTHORIZATIONS AND EXPENSES

**General Information** - This acceptance letter (first page) describes the medical condition(s) OWCP accepts as work-related, and only treatment for those conditions should be billed to the Office.  Your case file number must appear on all bills.

**Authorizations** – OWCP must approve in advance any surgery or procedure other than emergency surgery (that is, a procedure which must be performed right away to preserve life or the function of an organ or body part).  You (or your medical provider) should contact OWCP for authorization at least 30 days before the intended date of the procedure.  We will advise you of the information needed to determine whether OWCP can authorize the requested procedure.

**Compounded Medications** – OWCP must approve in advance any compounded medication prescribed by your doctor, including compounded medication containing opioids.  To obtain authorization, your treating physician must submit Form CA-26, the Letter of Medical Necessity (LMN), which is available only to enrolled medical providers by logging in to our Central Bill processing website at https://owcprx.dol.gov/.  OWCP may only authorize up to 90 days of compounded medication use with each LMN after which point an updated LMN must be submitted by your doctor.

**Opioid Medications** – OWCP must approve in advance any opioid medication prescribed by your doctor following an initial 28-day period.  To obtain authorization, your treating physician must submit Form CA-27, the Letter of Medical Necessity (LMN), which must be reviewed and approved by DFEC before the opioid medication can be authorized and dispensed. This form is available only to enrolled medical providers by logging in to our Central Bill processing website at https://owcprx.dol.gov/. In order to avoid a break in medication, your physician should complete the LMN 9 days prior to the end of the 28-day period to allow time for review and authorization.  OWCP may only authorize up to 60 days of opioid medication use with each LMN, with initial fills and refills to be issued in no more than 30-day supplies. Additionally, not more than two opioids may be authorized at any given time.

**Fee Schedule** - You are not responsible for charges over the maximum allowed in the OWCP fee schedule.  Our regulations provide that by submitting a bill and/or accepting payment, the provider signifies that the service for which reimbursement is sought was performed as described and was necessary.  In addition, the provider thereby agrees to comply with all regulations concerning the rendering of treatment and/or the process for seeking reimbursement for medical services, including the limitation imposed on the amount to be paid for such services.  If a provider's bill is reduced by OWCP in accordance with its fee schedule, the provider is not allowed to charge you for the remainder of the bill.  [20 C.F.R. §10.801 (d)]

**Time Limitations** - Bills and travel vouchers must be received within the calendar year following the year in which the medical service was rendered or the claim was accepted, whichever occurs later.

**Providers** – All medical providers must be enrolled with our Central Bill processing contractor so that services can be authorized and medical bills can be processed. You may use the Provider Search



OCT 23 2020 AM10:30
FILED - USDC - CT - HFT

JEANNETTE MATOS
400-3 AUSTIN RD
WATERBURY, CT 06705

**Want Faster Service?**
**Upload Your Response or __ANY__ Document at: ecomp.dol.gov**



File Number: 014009684
CCL-SFC-O-OT

U.S. DEPARTMENT OF LABOR

OWCP/DFEC, PO Box 8311
LONDON, KY 40742-8311
Phone:  (857) 264-4600

August 14, 2020

Date of Injury: 08/11/2020
Employee:  JEANNETTE MATOS

JEANNETTE MATOS
400-3 AUSTIN RD
WATERBURY, CT 06705

Dear JEANNETTE MATOS:

We have received your claim, and it has been assigned the case number noted above.  Your
case has been assigned to the Boston district office.

| | |
|---|---|
| **For General Information About the Claims Process** | The Federal Employees' Compensation Act (FECA) provides Federal employees who sustain a work related injury or illness with benefits such as medical care, wage loss replacement, and help in returning to work. You may wish to visit our website for additional information. The "Basic Information on New Claims" section will provide you with information that may be helpful to you in understanding the claims process. **http://www.dol.gov/owcp/dfec/index.htm** |
| **For Information About Your Case** | You can view your case and compensation claim status, billing updates (including reimbursements), coverage limitations, and other information via the Claimant Query System (CQS) by clicking on the word "Claimant" next to the FECA photo online at: **https://ecomp.dol.gov/** |
| **To Submit Documentation to Us** | To submit documentation related to your case, you can mail the information to the address at the top of this letter or you may electronically submit it for immediate receipt. Electronically uploaded documents will be directly entered into your FECA case using the Employees' Compensation Operations and Management Portal (ECOMP). You can access ECOMP from any internet browser at: **https://www.ecomp.dol.gov/** |
| **If You Think Your Medical Bills Will Exceed $1,500** | If you believe that your medical bills will exceed $1,500, you should submit a report from a medical doctor containing 1) a description of your work injury, 2) a medical diagnosis, and 3) an explanation of how your medical condition was caused by the claimed work event.  Other information may also be required, as determined by the Claims Examiner. |
| **Notice on Opioid Medications** | OWCP must approve in advance any opioid medication prescribed by your doctor following an initial 28-day period.  To obtain authorization, your treating physician must submit Form CA-27, the Letter of Medical Necessity (LMN), which must be reviewed and approved by DFEC before the opioid medication can be authorized and dispensed. This form is available only to enrolled medical providers by logging in to our Central Bill processing website at http://owcpmed.dol.gov. In order to avoid a break in medication, your physician should complete the LMN 9 days prior to the end of the 28-day period to allow time for review and authorization.  OWCP may only authorize up to 60 days of opioid medication use with each LMN, with initial fills and refills to be issued in no more than 30-day supplies. Additionally, not more than two opioids may be authorized at any given time. |

Sincerely,

Consolidated Case Create Facility

*If you have a disability and are in need of communication assistance (such as alternate formats or
sign language interpretation), accommodation(s) and/or modification(s), please contact OWCP.*

September 03, 2020

File Number: 014009684
CA-1008 SFC-D-ACC

for any portion of the period for which a deposit was made, advise OWCP immediately so that the overpayment can be collected.

**Job Offers** - You are legally obligated to accept work which is within your medical restrictions. OWCP may terminate your benefits if you refuse suitable employment without good cause.

**Nurse Intervention and Vocational Rehabilitation** – OWCP may assign a registered nurse or a vocational rehabilitation counselor to contact you to facilitate your recovery and return to work. Under the FECA, you are required to cooperate with vocational rehabilitation efforts.



File Number: 014009684
CA-1008 SFC-D-ACC

function at http://owcpmed.dol.gov to find medical providers who accept FECA cases. Note, however, that this tool only lists those physicians who opted to be included in the look-up, which means it may not capture every physician in a particular area who will accept FECA cases.

**Physicians and Other Medical Providers (Except for Hospitals and Pharmacies) -** Bills for your accepted condition must be submitted on the standard American Medical Association (AMA) billing form HCFA-1500, also known as OWCP-1500, to the following address: U.S. Department of Labor, OWCP/DFEC, P.O. Box 8300, London, KY 40742-8300. Providers must itemize services for each date separately; use AMA (not state) CPT codes to describe the services performed; and provide their tax identification number (EIN) and OWCP provider number. The provider must sign the form (a signature stamp may also be used).

**Hospitals -** These bills must be submitted on Form UB-04, also known as OWCP-04. These bills must be fully itemized, and the admission and discharge medical summaries should also be sent.

**Pharmacies -**These bills should be submitted electronically by your pharmacy via Point of Sale. Pharmacies can obtain information about Prescription Benefits and Processing by calling 1-866-664-5581.

**Medication (Schedule II Narcotics) -** Please note that there is a limitation as to the day's supply of any Schedule II narcotic medication. The "days supply" limitation of Schedule II is limited to only a 30-day supply per each prescription fill. You will be limited to only four (4) refills within a 90-day period; claimants with an accepted cancer condition will not be affected by this limitation on refills.

**Chiropractors -** We will only pay for chiropractic treatment consisting of manual manipulation of the spine to correct an accepted work-related spinal subluxation demonstrated by x-ray, or if a medical doctor has prescribed physical therapy to be administered by a chiropractor.

**Reimbursements -** If you have paid authorized medical expenses, you may request reimbursement by attaching Form CA-915, or a similar form, on the same required billing forms (such as HCFA-1500 or UB-04) specified above. In all cases, the medical provider's tax identification number (EIN) and proof of payment (cancelled check or receipt) must be provided. If electronic banking information is on file then your reimbursement will be paid via EFT. If a health benefits carrier has paid medical bills for your accepted condition, the carrier may submit a completed NALC-200 form with appropriate supporting documentation (HCFA-1500 or UB-04) to OWCP for consideration. Reimbursements are limited to the fee schedule amount. Claimant Reimbursements should be mailed to U.S. Department of Labor, OWCP/DFEC, P.O. Box 8300, London, KY 40742-8300

**Reimbursement for Medical-Related Travel -** Travel expenses should be submitted on form OWCP-957, Medical Travel Refund Request. Travel expenses that exceed $75 must be submitted with an accompanying receipt to support the charges claimed and will be subjected to prior approval. As with reimbursement for medical expenses, these claims will be paid via EFT if there is electronic banking information on file for you.



OCT 23 2020 AM10:31
FILED - USDC - CT - BPT

File Number: 014009684
CA-1008 SFC-D-ACC

## COMPENSATION PAYMENTS

**Claims for Compensation** - Any claim for lost wages must be submitted through your employing agency on Form CA-7. Your employing agency will complete its portion of this form and forward it to our Office. In cases of intermittent wage loss, Form CA-7a is also needed. Medical documentation substantiating that the lost time is due to the accepted work-related condition(s) is required prior to payment. You must report any employment or employment activities on this form.

> Note - On December 22nd, 2010, the Treasury Department issued a regulation that requires that all Federal payments be made electronically. Specifically, the regulation requires that all individuals receiving recurring Federal government payments must receive payments by Electronic Fund Transfer (EFT). Therefore, if you submit a form CA-7, you must submit Form SF-1199A (Direct Deposit Sign-Up Form) with your claim. If you have any questions pertaining to this requirement, please consult Treasury's web site at: http://www.fms.treas.gov/eft.

**Claims for Leave Buy-Back** - Reinstatement of leave is subject to the approval of your employing agency. Prior to using your personal leave to cover injury-related absences from work, you are urged to review the instructions for Form CA-7b. To claim a leave buy-back, you must file Form CA-7b through your employing agency, along with Form CA-7 and Form CA-7a.

**Schedule Award** - The FECA provides for the payment of schedule awards when the injury causes a permanent impairment involving total or partial loss, or loss of use, of certain organs or members of the body. The spine and brain are not included unless the condition causes permanent impairment to the extremities. All impairment ratings are evaluated in accordance with the Sixth Edition of the American Medical Association (AMA) Guides to the Evaluation of Permanent Impairment. A schedule award may be claimed using Form CA-7 after maximum medical improvement has been reached.

**When Your Injury is Caused by a Third Party** – If your injury was caused by a third party, you may be required to seek damages from the third party, and you must reimburse the government from your recovery in accordance with the statutory formula. See 5 U.S.C. 8131, 8132; 20 CFR §10.705-719.

**Penalty** - Any person who knowingly makes any false statement, misrepresentation, concealment of fact, or any other act of fraud to obtain compensation, or who knowingly accepts compensation to which he or she is not entitled, is subject to criminal prosecution.

## RETURNING TO WORK

**Responsibilities** –
- You are expected to return to work (including light duty or part-time work, if available) as soon as you are able, and it is your responsibility to advise your agency once your physician finds you capable of returning to work in some capacity. Full compensation is payable only while you are unable to perform the duties of your regular job because of your accepted employment-related condition.
- Once you return to work, or obtain new employment, notify this office immediately.
- If you receive a compensation check which includes payment for a period you have worked, return it to us immediately to prevent an overpayment of compensation. Checks may be returned to the following address: US Department of Treasury, 13000 Townsend Road, Philadelphia, PA 19154.
- If you receive compensation via Electronic Funds Transfer (EFT), a notification of the date and amount of payment will appear on the statement from your financial institution. You are expected to monitor your EFT deposits carefully, at least every 2 weeks. If you have worked



**NOTE   THE ACCURACY OF YOUR STATEMENTS WILL BE VERIFIED.**

OMB No. 0607-0139

FORM **BC-170**
(8-23-2018)

## U.S. CENSUS EMPLOYMENT APPLICATION

U.S. DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. CENSUS BUREAU

### Section A – APPLICANT PROFILE

**1. Social Security Number**

| X | X | X | – | X | X | – | X | X | X | X |

**2. Legal Name**

Last Name: MATOS      Suffix:

First Name: JEANNETTE      MI:

**3. Home address**
*Please do NOT enter a PO Box or other non-physical address. Hiring may be partly based on where you live. E-911 addresses, street addresses and RFD numbers are acceptable (include apartment number, if any).*

Address: 400 AUSTIN RD

Address Continued: Unit 3

Address Continued:

City: Waterbury

County, Parish, Borough, or Municipio (Puerto Rico): Connecticut

State: C T      ZIP Code: 0 6 7 0 5

**4. Mailing address** *(if different from Item 3)*

Address:

Address Continued:

Address Continued:

City:

County, Parish, Borough, or Municipio (Puerto Rico):

State:      ZIP Code:

**5. Nearest cross streets to your home address**

Cross Street A: Boxwood Ct

Cross Street B: Scott Road

**6. E-mail address**: jmatos134@gmail.com

**7a. Phone Information**

Area code / Number — Mark (X) if Mobile Phone / Mark (X) in only one box to receive text messages

Primary: 2 0 3   9 8 2 – 8 3 5 1   [X]   [X]

Secondary:

Other:

**b. Do we have permission to text you on your mobile phone?**
[X] Yes   *Standard data fees and text messaging rates may apply based on your mobile phone with your mobile phone carrier.*
[ ] No

**8. Sex** *Mark (X) in one box only.*
[X] Female   [ ] Male

**9a. Date of birth**

Month: X X   Day: X X   Year: X X X X

**b. Place of birth**

City: Waterbury

State or country: CT

**10a. Are you a citizen or national of the United States?**
[X] Yes – *SKIP to Item 11.*
[ ] No – *Provide country of citizenship* ⬓

**b. Are you a lawful permanent resident of the United States?**
[ ] Yes – *Specify Alien Registration No./USCIS No.* ⬓
[ ] No

**11. FOR MALES ONLY:** If you are a male born after December 31, 1959, and you want to be employed by the Federal Government, you must be registered with the Selective Service System. *Mark (X) in one box only.*

[ ] I certify that I am registered – *Please enter your number below* ⬓

Selective Service Number:

[ ] I certify that I **am not** registered. *Please provide explanation in Section D or attach documentation of exemption.*

**Note:** To find your Selective Service Number, please visit the Selective Service website: https://www.sss.gov. If you would like to submit a paper copy of your supporting documentation for selective service exemption, please contact the office noted on the cover page of this form.

**12. Military Service**

**a. Do you claim veterans' preference?** *Mark (X) in one box only.*
[X] No preference – *SKIP to Item 13.*
[ ] Yes

**b. Veterans' preference categories?** *Mark (X) in one box only.*

[ ] 5-point. *Veteran is entitled to 5-point preference. (TP)*

[ ] 10-point/Disability. *Veteran is entitled to 10-point preference due to a service-connected disability (includes recipient of the Purple Heart who is not rated as having a compensable disability of 10 percent or more). (XP)*

[ ] 10-point/Compensable. *A veteran who served at any time and who has a compensable service-connected disability rating of at least 10 percent but less than 30 percent. (CP)*

[ ] 10-point/Other. *Persons entitled to 10-point preference in this category: (1) Both the spouse and mother of a veteran occupationally disabled because of a service-connected disability; and (2) the widow/widower and mother of a deceased wartime veteran. (XP)*

[ ] 10-point/Compensable/30 Percent. *Veteran is entitled to 10-point preference due to a compensable service-connected disability of 30 percent or more. (CPS)*

[ ] Sole Survivorship Preference Eligible. *No points awarded. A service member who is released or discharged from the Armed Forces after August 29, 2008, at the request of the member who is the only surviving child in a family in which the father or mother or one or more siblings (1) served in the Armed Forces; (2) was killed, died as a result of wounds, accident, disease, is in a captured or missing in action status, or is permanently 100 percent disabled or hospitalized on a continuing basis (and is not employed gainfully because of the disability or hospitalization); and (3) death, status, or disability did not result from the intentional misconduct or willful neglect of the parent or sibling and was not incurred during a period of unauthorized absence. (SSP)*

### FOR OFFICE USE ONLY

**A.** Office/FSA

**B.** FIPS State

**C.** FIPS County

**D.** Census Tract

**E.** BCU

**F.** Veteran's proof
[ ] Verified & attached

Page 1

**Military Service -- Continued**

**Note:** For more information and/or to determine if you are eligible for Veteran's Preference, please visit https://www.fedshirevets.gov/job/vetpref/index.aspx. You must provide acceptable documentation of your preference or appointment eligibility. Acceptable documentation includes:

- A copy of your DD-214, "Certificate of Release or Discharge from Active Duty," which shows dates of service and discharge under honorable conditions.

- A "certification" that is a written document from the Armed Forces that certifies the service member is expected to be discharged or released from active duty service in the Armed Forces under honorable conditions no later than 120 days after the date the certification was signed.

- If you claim 10 point preference or sole survivorship, you must complete a Standard Form 15 (SF-15), which is available online or at any Federal Job Information Center. Submit a complete SF-15 and include the applicable documentation required (listed on page 2 of the SF-15).

- A letter from the Department of Veterans Affairs reflecting your level of disability for preference eligibility.

**Note:** You may submit your application prior to providing the necessary Veterans' Preference supporting documentation. If you need to submit paper copies of your documentation for Veterans' Preference, please contact the office noted on the cover page of this form. **Please note** that you will not receive additional points until we verify your provided documentation.

## Section B   GOVERNMENT EMPLOYMENT HISTORY

**13. Have you ever worked for the Census Bureau?**

[ ] Yes – Indicate most recent title and dates of employment.

[x] No   Title

_____

Month   Year   Month   Year

[___] [___]  TO  [___] [___]

**14. Are you currently employed by a Federal government agency?**

[ ] Yes – Indicate hire date, agency and title.

[x] No

Hire date   Month   Year   Agency

Title _____

**15. Are you currently employed by a state, local or tribal government agency?**

[ ] Yes – Indicate current title and agency

[x] No

Title   Agency

**16. Are you currently an elected official of any government agency?**

[ ] Yes – Indicate current title and agency

[x] No

Title   Agency

**17. Are you currently employed by a law enforcement agency?**

[ ] Yes – Indicate current title and agency

[x] No

Title   Agency

**18. Are you a retiree receiving a Federal annuity?** If you are an annuitant, your salary or annuity may be reduced upon employment. Social Security payments are **NOT** considered a Federal annuity.

[ ] Yes – Indicate the agency and explain in Section D.

[x] No

**19. Have you worked for the Federal government or military and received a Voluntary Separation Incentive Payment (VSIP) or "Buyout" within the past 5 years?**
*The majority of individuals who accept re-employment with the Federal government within 5 years of receiving the VSIP/buyout amount must repay the gross amount of the separation pay prior to reemployment.*

[x] I have **NOT** received a VSIP/Buyout from a prior Federal appointment within the past 5 years

[ ] I have received a VSIP/Buyout from a prior Federal appointment within the past 5 years. I understand that I must repay the full amount before I may be reappointed. *If paid in full, you must provide proof of payment.*

Indicate VSIP/buyout Year _____

Agency _____

**20. Do any of your relatives currently work for the Census Bureau?** Include – Parents, spouse, children, grandparents, siblings (include half), aunts, uncles, first cousins, nephews, nieces, in-laws and step relatives.

[ ] Yes – If yes, indicate relationship, current title, first/last name and location

[x] No

| Relationship | Current Title |
|---|---|
| | |
| First Name | Last Name |
| | |
| City | State |
| | |

*If you need to add additional relatives continue in Section D.*

## Section C   LANGUAGE SKILLS AND AVAILABILITY

**21.** Some Census Bureau jobs require employees to conduct the Census interview by reading and recording responses to questions in a language **other than English.** The employee must be able to convince individuals who speak no English to respond to the interview by explaining the purpose and importance of the census. Employees will receive Census job-related training, but not language training.

**Are you fluent in any language where you can hold a conversation, read and record responses, and respond to questions in that language?** If so, indicate the language(s) below and mark (X) to all that apply.

| Language(s) | Dialect | Fluent | | |
|---|---|---|---|---|
| | | Speak | Read | Write |
| Spanish-American | | [x] | [ ] | [ ] |
| | | [ ] | [ ] | [ ] |

*Please include American Sign Language.*
*If you need to add additional languages continue in Section D.*

**22. Indicate the type(s) of transportation available for your use –** Mark (X) **ALL** that apply.

[ ] Automobile
  [ ] Check if 4-Wheel Drive
[ ] Airplane
[ ] Boat
[ ] ATV (All terrain vehicle)
[x] Other – Describe –   City bus
[ ] None

*If you have additional information continue in Section D.*

## Section C   LANGUAGE SKILLS AND AVAILABILITY   Continued

**23a.** When are you available to work? Census field work will usually require you to work evenings and weekends. Some positions will require shift work. Hiring for some positions is based, in part, on your availability. *Mark (X) in* **All** *that apply*

- [ ] Evenings
- [x] Weekends
- [x] Weekdays

**23b.** Total hours per week you are willing to work, up to and including 40.

| 40 |

## Section D   ADDITIONAL INFORMATION (please list item number)

FILED - USDC - CT - BPT
OCT 23 2020 AM10:32

## Section E   SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION

**YOU MUST SIGN THIS APPLICATION IN DARK INK. Read the following carefully before you sign. A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, Title 18, Section 1001).**

I understand that any information I give may be investigated as allowed by law or Presidential order. I consent to the release of information about my ability and fitness for federal employment by employers, schools, law enforcement agencies and other individuals and organizations, to investigators, personnel staffing specialists, and other authorized employees of the Federal Government. I certify that, to the best of my knowledge and belief, all of my statements are true, correct, complete, and made in good faith.

| Signature<br>E/S: JEANNETTE MATOS | Date signed |
|---|---|
| Print name<br>JEANNETTE MATOS | 1/25/2020 |

FORM BC-170 (8-23-2018)

FORM **D-999** (4-30-2018)


United States™
**Census**
Bureau

U.S. DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. CENSUS BUREAU

## OVERTIME POLICY AGREEMENT
### 2020 Census

## NOTICE

### Please read this statement carefully.

## POLICY

FILED - USDC - CT - BPT
OCT 23 2020 AM10:33

**All positions:** Overtime is defined as hours of work ordered and approved in advance in writing by the appropriate manager or designee that exceeds 8 hours in a day or 40 hours in a week (Sunday through Saturday). You are not permitted to work more than 40 hours weekly. This work time includes preparing assignments, completing assignments in the field or office, and traveling to and from your assignment area. It is grounds for termination if you exceed this limit without advance approval.

You are not permitted to work more than 8 hours in a day. If overtime is necessary, the appropriate manager will approve the overtime hours before you begin working. If you work overtime without supervisory approval, you will be subject to termination.

You are not allowed to manipulate hours, for example, working 42 hours in one week, but reporting the excess hours during a subsequent week in which you have worked less than 40 hours. Manipulating hours is grounds for termination.

**Clerks, Office Operations Supervisors and Census Field Supervisor:** You will be assigned a work schedule by your supervisor. You are expected to work those hours. This schedule will be no more than 8 hours in a day. You are not permitted to work more than 8 hours in a day. If overtime is necessary, the appropriate manager will approve the overtime hours before you begin working. If you work overtime without supervisory approval, you will be subject to termination.

**Supervisors:** You are required to certify timesheets. This means verifying the hours are recorded accurately. It is also your responsibility to keep track of the weekly hours for your staff, making sure they do not work more than 8 hours a day or 40 hours a week. As a supervisor, you cannot request that an employee work overtime hours without compensation. If you are aware of employees who work more than 40 hours in a week and the overtime hours are not approved in advance by the appropriate manager or designee, you have essentially permitted the employee to work the overtime. As a result, the employee will be compensated for the unauthorized time worked and all those involved, including supervisors, will be subject to termination from employment. In your job, you have been given tools to help you monitor the weekly hours of your staff.

## STATEMENT OF UNDERSTANDING

**All positions:** I understand that overtime hours must be approved by the appropriate manager or designee before I can work more than 40 hours in a week (Sunday through Saturday). I understand that the accumulation of hours (i.e., working 42 hours in one week but reporting the excess hours during a subsequent week) will not be tolerated and is grounds for my termination from employment. I agree to record my exact hours and reimbursable expenses on my payroll form each day that I work and submit that form to my supervisor.

**Supervisors:** I understand that as a supervisor I am required to monitor the weekly hours of my staff to ensure that no unauthorized overtime is worked. I understand that I must seek approval for any staff overtime from the appropriate manager or designee before it is assigned.

FORM **D-1129** (1-11-2018)



**United States™**
**Census**
**━━━ Bureau**

U.S. DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. CENSUS BUREAU

## PERSONAL TELEPHONE REIMBURSEMENT POLICY AGREEMENT FOR 2020 Census

## NOTICE

**Please read this statement and the one-page attachment carefully and discuss any questions you may have with a member of the management staff or designee of the Census Bureau before signing it and acknowledging your understanding of the policy.**

## POLICY

As stated in the ***Census Employees Handbook*** (D-590), Chapter 3, Topic 4, Reimbursement Expenses:

The Census Bureau will reimburse you for official census duty business related local and long-distance calls made from your home, cellular, or a public telephone, in excess of your existing plan or excess that was caused by Census-related calls. The Census Bureau will not reimburse you for personal phone calls. However, if you were issued a government phone, you are expected to use the government issued phone to make census-related business calls. In this instance you should not use your own home, cell or a public phone (unless there is an issue with your government issued phone not working properly). Only employees who work on the site and were not issued a government phone should claim reimbursement for home, cell or public phone charges.

## STATEMENT OF UNDERSTANDING

I understand that I can claim reimbursement for official Census business related telephone calls made from my personal phone that exceed my standard or basic service or business related telephone calls made from a prepaid wireless plan, phone card or flat rate plan. The Census Bureau will not reimburse me for charges that are covered by my basic service plan. The Census Bureau will not pay for the basic service plan itself, or any changes that I make to my basic service plan. Additionally, the Census Bureau has established a CAP for reimbursement of $240/month. Use of my personal phone for Census business related calls is voluntary.

I agree to submit an itemized copy of my telephone bill that verifies the total of reimbursable expenses that I enter on my payroll form.

## CERTIFICATION

I have read, fully understand, and agree to the procedures regarding approval for telephone reimbursement. I understand that failure to follow the policy and procedures will result in my reimbursement claim not being processed or paid. Falsification of charges is grounds for removal.

| Signature of employee | Date |
|---|---|
| E/S:JEANNETTE MATOS | 03/14/2020 |

Full name of employee – *Please print.*

JEANNETTE MATOS

FORM **D-186F** (12-28-2017)


United States™
**Census**
Bureau


U.S. DEPARTMENT OF COMMERCE
Economics and Statistics Administration
U.S. CENSUS BUREAU

# CENSUS EMPLOYMENT AGREEMENT

## Temporary Excepted Service

Please read this agreement carefully and discuss any questions you may have with the Census Bureau representative before you sign this agreement. It is important that you have a clear understanding of what decennial employment offers you as an employee. Your signature on this document means you are accepting a temporary appointment in the excepted service and you are also accepting the employment conditions for this appointment. You must read, understand, and agree to these conditions before you are appointed.

## I. TEMPORARY NATURE OF EMPLOYMENT

This job is strictly **temporary**. Census operations are short. This appointment **cannot be made permanent**. You may be released from this appointment before the not-to-exceed date if work or funds are no longer available.

## II. RETURN RIGHTS

You have applied and been selected for an excepted service position. After your work in this position is finished, you will have **no commitment** from the Census Bureau for another position.

## III. WORK SCHEDULE

The work schedule for this Schedule A appointment has a **mixed-tour** work schedule:

**a.** A mixed-tour work schedule provides for **periods of full-time, part-time, and intermittent work**, depending on the workload. The mixed-tour work schedule for any employee may be changed whenever there is an increase or decrease in the workload. The decision to change your work schedule or place you in non-pay status will be determined by the workload.

**b.** An intermittent work schedule means that you will be employed **less than full-time** and it requires **irregular work hours** that cannot be prescheduled.

You will be paid only for the hours you work, and the number of hours can vary depending upon the assignment. Your position may require you to work on weekends, holidays, and evenings. Given the temporary nature of your position and the fast pace of the census operation, you may be required to report to different worksites in the field other than a traditional office setting. You can not work more than 40 hours in a week without advance approval from your supervisor. The overtime and approval must be marked on your timesheet. Failure to comply with this procedural requirement could result in removal from Federal service.

## IV. BENEFITS

If you are working on a **full-time or part-time work schedule** during your new appointment, you are eligible to earn and use annual (personal) and sick leave. All of your current benefits, if any, will continue only if you have had a three-day or less break in service between appointments.

If you have benefits and move to an **intermittent** work schedule, you will not be able to earn or use annual (personal) or sick leave during this period. If you are on an intermittent work schedule and do not report to work due to illness or personal matter, it is treated as a "non-work" day, meaning you will not receive wages for the absence. If you **do not** currently have benefits, you will **not** be eligible:

    **a.** for life insurance coverage,
    **b.** to receive Federal retirement coverage, and
    **c.** to participate in the Thrift Savings Plan.

However, you **will** be eligible for coverage under the Federal Employees Health Benefits Program once you have completed 90 days and 130 hours of service. You will be responsible for paying the employee portion while the Government pays the Government portion.

## V. WORKER'S COMPENSATION

Any census employee injured on the job will be eligible to file for Worker's Compensation. Should you become hurt on the job, compensation will be based on the pay associated with the position. This is true even if your injury prevents you from performing another job that you have at the time, including other federal or private sector jobs.

## VI. CAREER TENURE

The time served in this appointment may count in computing total service towards career tenure **subject to various conditions and/or time limitations**.

If you have any questions, please contact the Census Bureau representative listed on the following page.

The above guidelines are in accordance with U.S.C. Title 13, Section 24.



## VII. EQUAL EMPLOYMENT OPPORTUNITY (EEO)

U.S. Department of Commerce, U.S. Census Bureau, policy prohibits discrimination against any employee or applicant for employment based on **race**, **color**, **religion**, **sex (including sexual harassment)**, **national origin**, **age (40 years and older)**, **mental or physical disability**, or **sexual orientation**. **Retaliation** based upon participation in the equal employment opportunity (EEO) process is also prohibited. These policies are and will continue to be strictly enforced.

Employees or applicants for employment with the U.S. Census Bureau who believe that they have been discriminated or retaliated against, may contact an EEO Counselor. To preserve your rights under the law, you must contact the EEO Office within **45 CALENDAR DAYS of the alleged discrimination**. For more information, contact

U.S. Census Bureau
EEO Office
4600 Silver Hill Rd
Washington, DC 20533
301–763–2853, then select 1 for EEO Program Assistance
1–800–872–6096, then select 1 for EEO Program Assistance
Fax 301–763–4460

## VIII. CERTIFICATION

I have read, fully understand, and agree to the conditions for employment stated in this agreement and I accept this position.

E/S:JEANNETTE MATOS                                     03/14/2020
_____          _____
Employee's Signature                                              Date

JEANNETTE MATOS
_____
Printed or Typed Name *(enter full name)*

_____          _____
Signature, Census Bureau Representative                      Date

_____          _____
Printed or Typed Representative's Name and Title          Telephone

**THIS DOCUMENT WILL BECOME A PERMANENT RECORD IN YOUR OFFICIAL PERSONNEL FOLDER.**

## CERTIFICATION

I have read, fully understand, and agree to the procedures regarding approval for overtime as stated above. I understand that failure to follow the policy and procedures is grounds for termination from employment.

| Signature of employee | Date |
|---|---|
| E/S:JEANNETTE MATOS | 03/14/2020 |

OCT 23 2020 AM10:34
FILED - USDC - CT - BPT

## NOTICE TO EMPLOYEE

This is your copy of the official notice of a personnel action. Keep it with your records because it could be used to make employment, pay, and qualifications decisions about you in the future.

**The Action**
* Blocks 5-B and 6-B describe the personnel action(s) that occurred. Blocks 15-22 show the position and organization to which you are assigned.

**Pay**
* When the personnel action is an award or bonus, block 20 shows the amount of that one-time cash payment. When the action is not an award or bonus, block 12 shows your former total annual salary, and block 20 shows your new total annual salary (block 20C plus 20D). The amounts in block 12 and 20 do not include any one-time cash payments (such as performance awards and recruitment or relocation bonuses) or payments that may vary from one pay period to the next (such as overtime pay), or other forms of premium pay.
* Block 20A is the scheduled amount for your grade and step, including any special salary rate you receive. It does not include any locality-based pay. This rate of pay serves as the basis of determining your rate of pay upon promotion, change to a lower grade, or reassignment, and is used for pay retention purposes.
* Block 20B is the annual dollar amount of your interim Geographic Adjustment or, beginning in 1994, your locality-based comparability payment.
* Block 20C is your Adjusted Basic Pay, the total of blocks 20A and 20B. It serves as the basis for computing your retirement benefits, life insurance, premium pay, and severance pay.
* Block 20D is the total dollar amount of any Retention Allowances, Supervisory Differentials and Staffing Differentials that are listed in the remarks block. These payments are made in the same manner as basic pay, but are not a part of basic pay for any purposes.

**Block 24 - Tenure**
* Identifies the nature of your appointment and is used to determine your rights during a reduction in force (RIF). Tenure groups are explained in more detail in Chapter 26 of The Guide to Processing Personnel Actions and RIF is explained in 5USC Sections 3501-3503, 8336(a)(2); 8414(b)(1)(B) and 5CFR 351. Both should be available for review in your personnel office.

**Block 26 - Veterans Preference for RIF**
* Indicates whether you have preference for reduction-in-force purposes.

**Block 30 - Retirement Plan**
* FICA  - Social Security System
* CS    - Civil Service Retirement System
* CS-Spec Civil Service Retirement for law enforcement and firefighter personnel
* FS    - Foreign Service Retirement and Disability System
* FERS  - Federal Employees' Retirement System
* FERS-Reserve Tech - Federal Employees' Retirement System for National Guard Reserve Technicians
* FERS-ATC - Federal Employees' Retirement System for Air Traffic Controllers
* FERS-Spec - Federal Employees' Retirement System for law and firefighter personnel
* FSPS  - Foreign Service Pension System

**Block 31 - Service Computation Date (Leave)**
* Shows when your Federal service began unless your have prior creditable service. If so, this date is constructed to include your total years, months and days of prior creditable civilian and military service.
* Full-time employees with fewer than 3 years of service earn 4 hours of annual leave each pay period; those with 3 or more years but less than 15 years earn 6 hours each pay period; and those with 15 or more years earn 8 hours each pay period.
* Your earnings and leave statement or your time and attendance card will show the rate at which you earn leave and your current unused leave balance.

**Block 32 - Work Schedule**
* Your work schedule is established by your supervisor.
* A full-time employee works on a prearranged scheduled tour of duty that is usually 40 hours per week. A part-time employee has a prearranged scheduled tour of duty that is usually between 16 and 32 hours per week. An intermittent employee has no scheduled tour of duty and works when needed.
* Full-time and part-time employees whose appointments are for 90 days or more are usually eligible to earn annual leave; intermittent employees are not.
* Seasonal employees work on an annually recurring basis for periods of less than 12 months each year; they may have a full-time, a part-time, or an intermittent schedule during their work season.
* On-call employees work during periods of heavy workload and are in pay status for at least 6 months of each year; they may have either a full-time or a part-time schedule when they are in pay status.

**Block 33 - Part-time Hours Per Biweekly Pay Period**
* Indicates the number of hours a part-time employee is scheduled to work during a two week pay period.

**Block 34 - Position Organization**
* Identifies the employment system under which you are serving - the Competitive Service, the Excepted Service, or the Senior Executive Service (SES).
* The employment system determines your eligibility to move to other jobs in the Federal service, your rights in disciplinary and adverse actions, and your eligibility for reemployment if you leave Federal service.

**Block 35 - FLSA Status**
* Exempt employees are not covered by the minimum wages and overtime law (the Fair Labor Standards Act); nonexempt employees are covered.

**Block 37 - Bargaining Unit Status**
* Identifies a bargaining unit to which you belong, whether or not your are actually a member of a labor organization. Code "7777" indicates you are eligible but not in a bargaining unit; code "8888" indicates you are ineligible for inclusion in a bargaining unit.

**Blocks 38 and 39 - Duty Station**
* Identifies the city, county, and state or the overseas location, where you actually work.

## OTHER INFORMATION

* If your appointment entitles you to elect health benefits or life insurance, and you have not been provided materials explaining the programs available and the enrollment forms, contact your personnel specialist.

* Your personnel specialist will also tell you if your position is covered by an agreement between an employee organization (union) and your agency. If you are eligible to and elect to join an employee organization, you can

elect to have your dues withheld from your salary.

* If you have questions or need information about your rights or benefits, ask your supervisor or your personnel office.

* Definitions for any coded data in Blocks 1-24, 27-39 and 45-50 may be found in The Guide to Personnel Data Standards.

It is your responsibility to read all the information on the front of this notice and tell your personnel office immediately if there is an error in it.



Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
Guide to Processing Personnel Actions, Chapter 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| Matos, Jeannette | | | 08-31-2020 |

| **FIRST ACTION** | | **SECOND ACTION** | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 317 | Resignation | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| RPM | Reg 715.202. | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| Enumerator PD: 38    Position: SD0211 | |

| 8. Pay Plan | 9. Occ. CD | 10. Grd/Lvl | 11. Step/Rate | 12. Tot. Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. CD | 18. Grd/Lvl | 19. Step/Rate | 20. Tot. Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AD | 0303 | 0 | | $23.50 | PH | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $23.50 | $0 | $23.50 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| US CENSUS BUREAU FIELD DIVISION NEW YORK REGIONAL OFFICE NEW YORK, NY   582255  USA | |

## EMPLOYEE DATA

| 23. Veterans Preference | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|---|
| 1 | 1-None 2-5 Point | 3-10 Point/Disability 4-10 Point/Compensable | 5-10 Point/Other 6-10 Point/Compensable/30% | 0 | 0-None 1-Permanent | 2-Conditional 3-Indefinite | | | | YES | X | NO |

| 27. FEGLI | | 28. Annuitant Indicator | | 29. Pay Rate Determinant | |
|---|---|---|---|---|---|
| A0 | Ineligible | 9 | Not Applicable | 0 | Regular Rate |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|---|
| 2 | FICA | 08-01-2020 | I | Intermittent | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 2 | 1-Competitive Service 2-Excepted Service | 3-SES General 4-SES Career Reserved | N | E-Exempt N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station | (City-County-State or Overseas Location) |
|---|---|---|
| 090000009 | New Haven   New Haven  CT   USA | |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

- Intermittent employment totaled 5 days in pay status from 2020-08-01 to 2020-08-31
- Intermittent employment totaled 23.75 hours in pay status from 2020-08-01 to 2020-08-31
- Forwarding address: 400 Austin Rd
Unit 3, Waterbury,  CT,  06705
- OPF retained by National Personnel Records Center, Civilian Personnel

- Reason for resignation:

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF COMMERCE | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| CM 63 | 1701 | 08-29-2020 | JEFF T. BEHLER, REGIONAL DIRECTOR |

Editions Prior to 7/91 Are Not Usable After 6/30/93

- 1 -    Employee Copy

U.S. Department of Commerce

U.S. Census Bureau

United States 2010 Census

The Privacy Act of 1974 (Title 5, U.S.C., Section 552a) requires

appropriate safeguards be taken to insure the security and confidentiality

of the personal information contained in this report. Access to the information

in this report should be restricted to only those individuals with a need to know.

**WF-2760**

**EPSON**
EXCEED YOUR VISION

## Fax Last Transmission

| PAGE. | 001/001 |
|---|---|
| Sep.16.2020 | 01:46 PM |

Name    : JEANNETTE MATOS

Fax     : 2035730217

Receipt Date and Time        Sep.16.2020   01:42PM

Start      /Finish          Sep.16.2020   01:42PM /Sep.16.2020   01:46PM

Result                       Error

A communication error has occurred during the fax transmission.

If you are sending, please try again and/or call to make sure the

recipient's fax machine is ready to receive faxes.

| Date | Time | Type | ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Sep.16 | 01:45PM | Send | 15862737784 | 00:00 | 000/002 | No Answer |

OCT 23 2020 AM10:34
FILED - USDC - CT - BPT



**Neurosurgery, Orthopaedics & Spine Specialists, PC**

Alisa H. Darling, MD, ABPMR
*Physical Medicine & Rehabilitation Electrodiagnostic Medicine*

William F. Flynn, Jr., MD, ABOS
*Joint Reconstruction & Sports Medicine*

David Forshaw, MD
*Neurosurgery & Spine Care*

Tamer B. Ghaly, MD, ABAPM
*Interventional Pain Management*

Judith L. Gorelick, MD, ABNS, FAANS, FACS
*Neurosurgery & Spine Care*

Sandeep K. Johar, DO, ABEM, CAQSM
*Sports Medicine & Interventional Pain Management*

Michael E. Karnasiewicz, MD, ABNS
*Neurosurgery & Spine Care*

Richard L. Manzo, MD
*Orthopaedic Surgery- Hands, Wrists, Elbows, Shoulders*

Mark A. Mashia, DC, MS
*Chiropractic Physician*

Jarob N. Mushaweh, MD, ABNS
*Neurosurgery & Spine Care*

Andrew J. Nelson, MD
*Orthopaedic Surgery- Hands, Wrists, Elbows, Shoulders*

John G. Strugar, MD, ABNS
*Neurosurgery & Spine Care*

Glenn G. Taylor, MD, ABOS
*Orthopaedic Surgery & Spine Care*

Alan S. Waitze, MD, ABNS
*Neurosurgery & Spine Care*

Frederick J. Watson, MD, ABOS
*Orthopaedic Surgery & Sports Medicine*

## REFERRAL FOR PHYSICAL THERAPY

PATIENT: _Jeanette Mohs_   DATE: _10/15/2020_

PHONE: _____   DIAGNOSIS: _L knee pel.d future Rx_

SURGERY: _____

### MODALITIES

- ☑ Hot Packs
- ☑ Cold Packs
- ☑ Ultrasound_w/ Delsone/Hydrocortisone
- ☑ Electrical Stimulation
- ☑ TENS/MENS
- ☑ Iontophoresis_w/ Dexamethasone/Lidocaine

### TESTING

- ☐ ROM (Goniometry)
- ☐ Muscle Testing
- ☐ Biodex
- ☐ Other _____

### PROCEDURES

- ☑ Evaluate & Treat
- ☑ ROM
- ☑ Mobilization
- ☐ Massage
- ☑ Gait Training
- ☑ Therapeutic Exercises
- ☐ Back Exercises
- ☐ Traction-Cervical ____lbs
- ☐           Lumbar ____lbs
- ☐ General Fitness & Conditioning
- ☐ Aqua Therapy Program
- ☐ Preventative Back School
- ☐ FCA/WH
- ☐ Orthotics
- ☐ Supply _____

**FREQUENCY**   1 ②③ 4 5 DAYS

**DURATION** _4-6_ WEEKS

NEXT MD APPOINTMENT: _____

MD COMMENTS: _OK to advance WBAT_

PHYSICIAN SIGNATURE _____

OCT 23 2020
FILED - USDC
10:35
DPT

Name: Matos, Jeannette

DOB: 2/12/1964          Age: 56

Chart: 105127          Date: 10/13/2020

```
* 8 0 8 3 4 - 1 6 *
```

# N SS

Neurosurgery, Orthopaedics
& Spine Specialists, PC

Fax To: Kerri Sager

Fax #: 904-394-8342

Sent By: _____

## RETURN TO WORK STATUS

Matos, Jeannette _____ has been under care in this office.
(Name)

DOI: 8/4/2020          Claim # D140091684

He/She is OOW effective _____ 10-13-2020 _____ until _____ 11/10/2020   10:00am _____
                              (today's date)                              (next appt.)

He/She has a **Full Duty** release effective _____
          If not, **anticipated Full Duty** _____

He/She has **Light Duty** release effective _____ with the following restrictions:

| LUMBAR | CERVICAL | HAND/ELBOW |
|---|---|---|
| No lifting greater than | No lifting > _____ lbs. | ☐ Right ☐ Left (check one or both) |
| _____ lbs. | No   Min   Yes | No   Min   Yes |
| Push/pull _____ lbs. | ☐    ☐    ☐ overhead | ☐    ☐    ☐ use of hand |
| Carry _____ lbs. | Computer work for | No   Occ   Yes |
| No   Minimal | _____ hrs/day | ☐    ☐    ☐ pinch/grasp |
| ☐    ☐ Bending/twisting | | ☐    ☐    ☐ power tools |
| | Comments: _____ | Computer work _____ hrs./day |
| _____ Alternating | | No lifting > _____ lbs. |
| Sitting/standing | | |
| Comments: _____ | | Comments: _____ |

**SHOULDER**
☐ Right ☐ Left (check one or both)

| KNEE/HIPS | No   Minimal | FOOT/ANKLES |
|---|---|---|
| ☐ Right ☑ Left (check one or both) | ☐    ☐ overhead | ☐ Right ☐ Left (check one or both) |
| No lifting > _____ lbs. | ☐    ☐ repetitive use | No   Minimal |
| No lifting > _____ lbs. | No lifting > _____ lbs. | ☐    ☐ weight bearing |
| No   Minimal | Push/pull _____ lbs. | Sit down work only ☐ |
| ☐    ☐ Kneeling, squatting | Carry _____ lbs. | Elevate extremity at work ☐ |
| ☐    ☐ Stair climbing | Computer work _____ hrs/day | |
| Can walk for _____ minutes | Bench work only ☐ | Comments: _____ |
| Comments: _____ | Comments: _____ | |

Other: _____
MMI Date: _____ See notes for Permanency Rating. Are these permanent? _____

Patient's Signature _____

Physician's Name (print) Frederick Watson MD

Physician's Signature _____          Date: 10/13/2020

Main Office: 500 Chase Parkway, Waterbury, CT 06708
Phone: (203) 755-NOSS (-6677) (800) 463-8764
Fax Neurosurgery: (203) 573-9182  Orthopaedics: (203) 755-7166  Spine/Physiatry: (203) 573-1272
Web: www.nossmd.com

RF16

FILED   OCT 23 2020 - USDC - BPT 9:34



**Neurosurgery, Orthopaedics & Spine Specialists, PC**

Alisa H. Darling, MD, ABPMR
*Physical Medicine & Rehabilitation*
*Electrodiagnostic Medicine*

William F. Flynn, Jr., MD, ABOS
*Joint Reconstruction & Sports Medicine*

David Forshaw, MD
*Neurosurgery & Spine Care*

Tamer B. Ghaly, MD, ABAPM
*Interventional Pain Management*

Judith L. Gorelick, MD, ABNS, FAANS, FACS
*Neurosurgery & Spine Care*

Sandeep K. Johar, DO, ABEM, CAQSM
*Sports Medicine & Interventional*
*Pain Management*

Michael E. Karnasiewicz, MD, ABNS
*Neurosurgery & Spine Care*

Richard L. Manzo, MD
*Orthopaedic Surgery- Hands, Wrists, Elbows, Shoulders*

Mark A. Mashia, DC, MS
*Chiropractic Physician*

Jarob N. Mushaweh, MD, ABNS
*Neurosurgery & Spine Care*

Andrew J. Nelson, MD
*Orthopaedic Surgery- Hands, Wrists, Elbows, Shoulders*

John G. Strugar, MD, ABNS
*Neurosurgery & Spine Care*

Glenn G. Taylor, MD, ABOS
*Orthopaedic Surgery & Spine Care*

Alan S. Waitze, MD, ABNS
*Neurosurgery & Spine Care*

Frederick J. Watson, MD, ABOS
*Orthopaedic Surgery & Sports Medicine*

## REFERRAL FOR PHYSICAL THERAPY

PATIENT: _Jeanette Mars_          DATE: _9/15/20_

PHONE: _____   DIAGNOSIS: _L rtbl plexus Rx_

SURGERY: _____

### MODALITIES

- ☑ Hot Packs
- ☑ Cold Packs
- ☑ Ultrasound_w/ Delsone/Hydrocortisone
- ☑ Electrical Stimulation
- ☑ TENS/MENS
- ☐ Iontophoresis_w/ Dexamethasone/Lidocaine

### TESTING

- ☐ ROM (Goniometry)
- ☐ Muscle Testing
- ☐ Biodex
- ☐ Other _____

### PROCEDURES

- ☐ Evaluate & Treat
- ☑ ROM
- ☐ Mobilization
- ☑ Massage
- ☑ Gait Training
- ☑ Therapeutic Exercises
- ☐ Back Exercises
- ☐ Traction-Cervical ____lbs
- ☐            Lumbar ____lbs
- ☐ General Fitness & Conditioning
- ☐ Aqua Therapy Program
- ☐ Preventative Back School
- ☐ FCA/WH
- ☐ Orthotics
- ☐ Supply _____

**FREQUENCY** (1 2 3) 4 5 DAYS          **DURATION** _4-6_ WEEKS

NEXT MD APPOINTMENT: _____

MD COMMENTS: _____ Minha TPW3 practin. ok to
_____ Knu rom

PHYSICIAN SIGNATURE _____

DOB: _Jeannette Matos_

Age: 56

Chart: _2/12/1964_
_40187_

Date: 9/13/20

* 80834 - 16 *

# NOSS
### Neurosurgery, Orthopaedics & Spine Specialists, PC

Fax To: _Kerri Soper_

Fax #: _4H - 394 - 8042_

Sent By: _____

_Jeannette Matos_

**RETURN TO WORK STATUS**

_____ has been under care in this office.

(Name)

DOI: _8/4/2020_                              Claim #: _0140091684_

He/She is OOW effective _9-15-2020_ until _10/13/2020  10:15am_
                              (today's date)                    (next appt.)

He/She has a **Full Duty** release effective _____
If not, **anticipated Full Duty** _____

He/She has a **Light Duty** release effective _____ with the following restrictions:

## LUMBAR
No lifting greater than
_____ lbs.
Push/pull _____ lbs.
Carry _____ lbs.
No       Minimal
☐         ☐    Bending/twisting

_____ Alternating
               Sitting/standing
Comments: _____

## CERVICAL
No lifting > _____ lbs.
No    Min    Yes
☐      ☐      ☐   overhead
Computer work for
_____ hrs/day

Comments: _____

## HAND/ELBOW
☐ Right  ☐ Left (check one or both)
No    Min    Yes
☐      ☐      ☐   use of hand
No    Occ    Yes
☐      ☐      ☐   pinch/grasp
☐      ☐      ☐   power tools
Computer work _____ hrs./day
No lifting > _____ lbs.

Comments: _____

## KNEE/HIPS
☐ Right  ☑ Left (check one or both)
No lifting > _____ lbs.
No lifting > _____ lbs.
No       Minimal
☐         ☐    Kneeling, squatting
☐         ☐    Stair climbing
Can walk for _____ minutes
Comments: _____

## SHOULDER
☐ Right  ☐ Left (check one or both)
No       Minimal
☐         ☐    overhead
☐         ☐    repetitive use
No lifting > _____ lbs.
Push/pull _____ lbs.
Carry _____ lbs.
Computer work _____ hrs./day
Bench work only ☐
Comments: _____

## FOOT/ANKLES
☐ Right  ☐ Left (check one or both)
No       Minimal
☐         ☐    weight bearing
Sit down work only              ☐
Elevate extremity at work       ☐

Comments: _____

Other: _____
MMI Date: _____ See notes for Permanency Rating. Are these permanent? _____

Patient's Signature _____

Physician's Name (print) _Frederick Watson M.D._

Physician's Signature _____ Date: 9/15/20

Main Office: 500 Chase Parkway, Waterbury, CT 06708
Phone: (203) 755-NOSS (-6677)  (800) 463-8764
Fax Neurosurgery: (203) 573-9182  Orthopaedics: (203) 755-7166  Spine/Physiatry: (203) 573-1272
Web: www.nossmd.com

RF16



**Neurosurgery, Orthopaedics & Spine Specialists, PC**

*(handwritten)* 904-394-8342
Kern Sager

## DISPOSITION SLIP

*(stamped)* OCT 23 2020 pm 7:08
FILED - USDC - CT

**Date:** 8/26/2020

**Patient:** MATOS, JEANNETTE

was examined by me on

**DIAGNOSIS:** Left knee fracture

**DISPOSITION:**

- [X] May not return to work.
- [ ] May return to work as of
- [ ] May return to modified work as of
- [ ] May not return to school.
- [ ] May return to school as of
- [ ] Able   [ ] not able to participae in GYM/ATHLETICS
- [ ] Unable to attend Jury Duty until

**RESTRICTIONS:**

- [ ] Return for follow-up on

**COMMENTS:**

Patient on crutches not allowed to bear weight while fracture heals. Anticipate at least 10-12 weeks of healing before patient might be ready to return to work.

Provider Signature:

**Neurosurgery, Orthopaedics & Spine Specialists, PC**

## DISPOSITION SLIP

Kern Sager

JEANNETTE MATOS

File # 014009684

**Date:** 8/26/2020

**Patient:** MATOS, JEANNETTE

was examined by me on

**DIAGNOSIS:** Left knee fracture

**DISPOSITION:**

☒ May not return to work.
☐ May return to work as of
☐ May return to modified work as of
☐ May not return to school.
☐ May return to school as of
☐ Able   ☐ not able to participae in GYM/ATHLETICS
☐ Unable to attend Jury Duty until

**RESTRICTIONS:**

☐ Return for follow-up on

**COMMENTS:**

Patient on crutches not allowed to bear weight while fracture heals. Anticipate at least 10-12 weeks of healing before patient might be ready to return to work.

Provider Signature:



**UTOPIA**
H O M E   C A R E ,   I N C.
*Caring For You Like Family*

Branch: _Watersury_

## ADMISSION CONSENT / SERVICE AGREEMENT

Client Name: _Jeannette Matos_ Primary Payer Signature: _one Call care_
Policy Holder _____ Policy Number: _____
Responsible Party for Billing: _____
Relationship to Client: [ ✓ ] Self  [ ] Spouse  [ ] Parent / Guardian   Other: _____
Deposit Due: [ ] No  [ ] Yes (deposit/co-pay/deductible) Amount: _____ Collected: [ ] Yes [ ] No   Check ☐
Credit Card ☐

Bill to address: _____

I hereby give my permission for authorized personnel from Utopia to perform all necessary procedures and treatment, including photographic recording of wounds, as prescribed by my physician, for the delivery of home care services. I further authorize Utopia. to release or receive from hospitals, physicians, or other agencies involved in my care, and accrediting bodies, all medical records and information pertinent to my care. I also grant permission that, in the event of an emergency, such as a fire, hurricane, severe snowstorm or other disaster, necessary medical information may be given to any governmental agency, supplemental provider agency, community volunteer service, or any other provider of services.

I have been advised of the cost for the following service(s) where applicable: Companion [ ] $ _____ / hour;
SN: [ ✓ ] $_____ / visit;      PT: [ ✓ ] $_____ / visit;      OT: [ ] $ _____ /visit;
ST: [ ] $_____ / visit;      MSW: [ ] $_____ / visit;      HHA: [ ✓ ] $_____ / hour;
PCA: [ ] $_____ / hour;      CNA: [ ] $_____ / hour;      HMKR / CP: [ ] $ _____ / hour;
Holiday, nights & weekend differential: $ _____

**Private Pay:**

[ ] On behalf of the above named client, the signatory documented below personally guarantees the payment of your charges in the amount of $ _____ per hour / day / week. I understand that a two (2) week security deposit of $ _____ is due on the day service begins and this amount will be applied to the last week of service. I understand that services may be terminated if payment is not rendered within 10 days of receipt of the bill and outstanding balances greater than 30 days will accrue interest at 5% per annum.

I have had the opportunity to participate in the care planning process and understand that the following disciplines, including visit frequency will be provided (to be completed by agency staff) _PT eval, HHA 6/wk_ .

Assignment of Benefits and Payment Responsibilities: I may authorize benefits be made by my insurer on my behalf directly to Utopia. I acknowledge that I remain responsible for the payment of any charges for services. I understand that Utopia will make an effort to collect payment from third party payers. However, if payment has not been made within 60 days for services provided, I will render payment immediately upon receipt of an invoice. I further agree that I will not solicit, on behalf of myself or any other person, the services of any assigned employee for a period of one hundred and eighty (180) days after completion of the contractual obligation to Utopia. Any violation of the above agreement will result in liquidated damages payable to Utopia. in the amount of $5,000.00 plus the total dollar amount for services that would have been rendered over the 180 days, and including court and attorney fees.

*Deposits not applied to last date of service will be refunded within 30 days of last service date.

**I also acknowledge that I have been made aware of my responsibilities as listed on the reverse side of this agreement and informed of my Patient's Rights.** Initial: _____

OCT 23 2020 AM 10:35
FILED - USDC - CT - BPT

**Credit Card Deposit Authorization**

Signed: _____
Cardholder Signature
Visa/MC Acct. No / _____
Exp. Date: _____ / CVV Code _____
Cardholder Address: _____
_____

Signature below indicates weekly charge onto credit card services.
Signature: _____
Or Charge Initial Deposit Only ☐

**Guarantor of Medical & Financial Responsibility**

Signed: _____ Date: _8/26/20_
Client or Responsible Party/Relationship to Client
Print Name : _J Matos_
Relationship: _____
Address: _____
Telephone: _____

Witnessed By: _____ Date: _8/26/20_
Print Name: _S. Winelac_

| Revision Date | 8/07 | 11/07 | 6/08 | 5/11 | 6/12 | 7/15 | 8/16 | 1/17 | 12/17 | 6/18 |
|---|---|---|---|---|---|---|---|---|---|---|

# PATIENT RESPONSIBILITIES

Patients have the responsibility to:
1. Be under a Doctor's care, as required by Utopia.
2. Tell the nurse or appropriate agency personnel about changes in health status.
3. Notify Utopia if unable to understand or follow their written instructions.
4. Make a family member available who will assume the primary responsibility for:
   - the care and monitoring of the patient during limited hour coverage.
   - the financial obligations incurred as a result of rendering service.
5. Inform Utopia as soon as possible if you need to cancel or change the hours of service.
6. Cooperate with health workers without discrimination as to race, color, religion, sex, nationality or ethnic origin.
7. Provide suitable and acceptable room and board for live-ins.
8. Sign time slips after services have been performed.
   NOTE: Overtime charges will be billed at time and one half for:
   - all hours worked in excess of 40 per week. (except live-ins)
   - employees working a holiday observed by Utopia Home Care, Inc.  These are New Years Day, Martin Luther King Day, Presidents Day, Easter, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day.
9. Arrange payment for services that is mutually agreeable to all parties.
   NOTE: Payments not received within thirty (30) days of billing shall be subject to an additional charge of 5% monthly and may result in loss of service to the client.

PLEASE NOTE:  State law in New York and Connecticut (not applicable in Florida) mandates that the private rate charged by home care companies must always be higher than the Medicaid reimbursement rate.   Therefore, if the Medicaid rate is increased above Utopia's private rate, Utopia will have no alternative but to comply with the law.

Also, we do not accept Medicaid pending status, payments for services rendered must continue to be made weekly.   Once home care services have been approved by Medicaid, we can continue providing services and bill Medicaid providing a proper authorization has been obtained.

Revised 6/18

UTOPIA HOME CARE, INC
Caring For You Like Family

Tier #: _____ 2 _____

# CARE PLAN   [ ✗ ]HHA   [ ]PCA   [ ]CNA   [ ]HMKR

Patient Last Name: __Matos__   First Name: __Jeanette__   MI: _____

Address: __400 Austin Rd   Austin Rd   Unit 3   Waterbury__

Allergies: __Clariton   erythromycin   Plavix   ταβs.__

Date Care Plan Prepared: __8/26/20__   Nurse Initials: __BN__   Dr. Phone #: __203-758-8107__

Nearest Relative Name: __Kai   (daughter-in-law)__   Phone #: __203-509-8385__

Emergency Numbers: Rescue Squad: __Darozum   911__   Pharmacy: __Walgreens - Dawtow__
Equipment Company: _____   Other Agencies: _____   Wate

Equipment in Use:
[ ] Commode       [ ] Bedpan       [ ] Prosthesis       [ ] Walker       [ ] Wheelchair       [ ] Cane
[ ] Hoyer Lift    [ ] Brace        [ ] Pacemaker       [ ] Diapers      [ ✗ ] Shower Chair    [ ] Lifeline
[ ] Siderails     [ ✗ ] Glasses    [ ] TED Stockings   [ ✗ ] Other: __ACE bandage   Crutches__

Patient Observations:
[ ✗ ] Alert & Oriented       [ ] Walks Independently       [ ] Incontinent
[ ] Confused / Forgetful     [ ] Non-Ambulatory            [ ] Weakness _____ side
[ ] Agitated                 [ ] Out of Bed in Wheelchair  [ ] Dentures [ ] Upper [ ] Lower
                             [ ] Bedbound                  [ ] Hearing Aid(s) _____ ear(s)
[ ] Family responsible for pre-pouring medications        [ ] Seizure Precautions
[ ] Anticoagulant Therapy / Bleeding Precautions          [ ] Monitor for Bruising
Other: _____                                              Other: _____

Other: __Fall Prevention__   Other: __Skin Integrity__

**Report all falls, changes in patient's condition, changes in hours of service and emergencies to Utopia Home Care immediately.**

## CHART DAILY

| Personal Care | AM | PM | N | Homemaking Tasks | AM | PM | N |
|---|---|---|---|---|---|---|---|
| Bathing: | | | | Beds: | | | |
| [ ] Bed bath   [ ] Partial / Sponge | | | | Make | ✓ | | |
| [ ✗ ] Shower   [ ] Assist | ✓ | | | Change | ✓ | | |
| [ ] Tub bath   [ ] Assist | | | | Clean / Tidy: | | | |
| Skin care | ✓ | | | Bedroom | ✓ | | |
| Nail Care: clean / file | | | | Bathroom | ✓ | | |
| Shave | | | | Kitchen | ✓ | | |
| Mouth Care   [ ] Assist | ✓ | | | Wash Dishes | ✓ | | |
| Hair Care: | ✓ | | | Vacuum / Sweep / Mop | ✓ | | |
| Comb | ✓ | | | Empty Trash / Ash Trays | ✓ | | |
| Wash | ✓ | | | Dust Weekly | | | |
| Dressing   [ ✗ ] Assist | ✓ | | | Laundry | | | |
| Toileting   [ ✗ ] Assist | ✓ | | | Shopping / Errands | | | |
| Peri-care | | | | Assist With Bill Paying | | | |
| Empty / Measure Drainage bag | | | | Keep floor free of all obstacles | ✓ | | |
| Record Output | | | | Accompany on Dr. Visit | | | |
| Chart Bowel Movements | | | | Weight | | | |
| Turn & Position Patient every 2 hours | | | | Other: | | | |
| Assist With Walking | | | | **Procedures for HHA Cases Only** | AM | PM | N |
| Assist With Transfers | | | | Temperature | | | |
| [ ] pivot   [ ] board   [ ] Hoyer | | | | Pulse | | | |
| Encourage Active Range of Motion | | | | Respiration | | | |
| Assist With Medications | | | | Blood Pressure | | | |
| Prepare / Serve Meals | | | | Reinforce Simple Dressing | | | |
| Special Diet: | | | | Ostomy Care | | | |
| Feed Patient | | | | Passive Range of Motion | | | |
| Chart Intake | | | | Other: | | | |
| Child Care | | | | **Observation of Client** | AM | PM | N |
| Standard precautions | | | | Confused / Forgetful / Agitated   (circle) | | | |

OCT 23 2020 AM 10:36
FILED - USDC - CT - B

Date Rev: __8/26/20__   RN Sig: _____   Date Rev: _____   RN Sig: _____

Date Rev: _____   RN Sig: _____   Date Rev: _____   RN Sig: _____

Date Rev: _____   RN Sig: _____   Date Rev: _____   RN Sig: _____

UHC # 3
Revised 6/08

**MED-AID, LLC**
PO BOX 1117, ORANGE, CT  06477
TELEPHONE:  1-800-625-7206  FAX:  (203) 891-8948

**Patient Name**

MATOS, JEANNETTE
DOB: 02/12/1964
DOS: 08/10/2020
MRN: 506270  FIN: 23207778
ATT:

◯ **Attach copy** of face sheet for
demographics and billing information

**For Medicare patients:**   Does patient reside in SNF presently?   ◯ Yes   ☒ No

Is Patient being admitted   ◯ Yes   ☒ No

**Diagnosis OR ICD Code**

(If multiple please write all):   L  joint effusion

**I UNDERSTAND THIS PRODUCT IS AVAILABLE AS A CONVENIENCE TO ME,  I AM AWARE I CAN GO ELSEWHERE FOR A SIMILAR PRODUCT IF I WISH, BUT I HAVE CHOSEN TO OBTAIN THE EQUIPMENT I NEED FROM MED-AID, LLC AT THIS TIME.**

I ACKNOWLEDGE INSTRUCTION ON USE AND RECEIPT/DELIVERY OF THE MENTIONED DEVICE.  I UNDERSTAND THAT THIS DEVICE HAS BEEN FITTED ESPECIALLY FOR ME AND CAN NOT BE RETURNED.  I HEREBY REQUEST AND AUTHORIZE PAYMENT OF ANY MEDICARE OR OTHER INSURANCE BENEFITS TO BE PAID DIRECTLY TO MED-AID, LLC FOR SERVICES RENDERED TO ME OR ANOTHER PERSON COVERED BY MY MEDICAL INSURANCE.  I UNDER-STAND THAT I AM LEGALLY RESPONSIBLE FOR ANY COSTS NOT PAID BY MEDICAL INSURANCE.  I AUTHORIZE MED-AID, LLC TO RELEASE ANY INFORMATION REGARDING SERVICES RENDERED BY THEM AND ALLOW A PHOTOCOPY OF MY SIGNATURE TO BE USED TO FILE INSURANCE.  I AUTHORIZE RELEASE OF MEDICAL RECORDS TO ASSIST MED-AID, LLC IN PROVIDING ME MEDICAL PRODUCTS.  **MEDICARE PATIENTS ACKNOWLEDGE RECEIPT OF ITEM AND UN-DERSTAND THAT THIS WILL BE BILLED TO THEIR MEDICARE INSURANCE.**  ACCEPTANCE AND DELIVERY OF ITEM WILL SERVE AS ACKNOWLEDGMENT AND RECEIPT.  **CAST SHOES, POSTOP SHOES, ICE PACKS, TENNIS ELBOWS AND SLINGS ARE NOT COVERED ITEMS.**

**Patient Signature:** _____   **Date:** _____

# WATERBURY HOSPITAL
64 Robbins St, Waterbury, CT  06708
203-573-6000

◯ Reed Center   ☒ Emer Dept   ◯ Phy. Therapy   ◯ Wound Care Ctr   ◯ P7 (Ortho Flr)

**Item Dispensed** to patient (for purchase not rental) - Multiple items may be marked:

◯ Shoulder Immobilizer   ◯ Extrication Collar   ◯ Air CAM Boot   ☒ Crutches*

◯ Thumb Spica   ◯ Wrist Splint   ☒ Knee Immobilizer   ◯ Cane*

◯ Ankle Splint   ◯ Soft Neck Collar   ◯ Other:

**Indicate -**   ☒ Left   or   ◯ Right          *Length of Need for Crutches and Canes is lifetime (99 weeks) unless otherwise indicated

**Dept Personnel:** _____Taylor Zingaro RN_____

**Physicians Name Printed:** _____

**Physician Signature:** _____   **Date:** 08 / 10 / 2020

WH 11_19

EMERGENCY PHYSICIANS OF CONNECTICUT PC
PO BOX 638950
CINCINNATI,OH 45263-8950

08/29/20





TH_WCI_LTR ▲ 0 0 4 1 2 3
Matos,jeannette
400 Austin Rd Apt 3
Waterbury CT 06705-3782

| | |
|---|---|
| Patient: | JEANNETTE MATOS |
| Account#: | 51651828-153-15300 |
| Service Date: | 08/10/20 |
| Facility: | WATERBURY HOSPITAL |
| Physician Group: | |
| Rendering Service: | EMERGENCY PHYSICIANS OF CONNECTICUT PC |

Dear Guarantor
EMERGENCY PHYSICIANS OF CONNECTICUT PC provided medical services to JEANNETTE
MATOS at WATERBURY HOSPITAL, which has been indicated to be the result of an injury. This letter is
an inquiry to determine if insurance information is available, and not an attempt to collect a debt.

We do not have enough information to file a claim for the associated costs for the treatment with a third
party, therefore, we need to obtain detailed information from you.

Please note that we represent the physician and do not represent the facility. Because any information
provided to the facility may not have been provided to your treating physician, your response is
requested.

Regardless of how or where the injury occurred, please contact us to provide insurance information.

PLEASE CALL TOLL FREE: 1-888-952-6772 Monday-Friday 8a-8p EST Saturday 10a-3p EST

You may also respond anytime at www.thbillpay.com. Click on INSURANCE-Provide Information.

Your prompt response will be greatly appreciated.

Thank You.51651828/153
FL305
EMERGENCY PHYSICIANS OF CONNECTICUT PC
/153



Claim #
014009684
Julianne Clarke
1-(610) 285-9285
8/26/2020
11:15 AM

6 Robbins Street, Waterbury, CT 06721
Telephone 203 573-6205

## Emergency Services Discharge Instructions

**Name:** MATOS, JEANNETTE       **DOB:** 02/12/1964
**MRN:** 506270 **Visit Date:** 08/10/2020 13:37:40
**PRIMARY CARE PROVIDER:**
**Name:** DeLuca MD, Joseph P       **Phone:** (203) 758-8107
**EMERGENCY DEPARTMENT CARE:**
Primary Provider:

Waterbury Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.
In addition to any new medications prescribed during this visit, please continue your current medications unless otherwise advised by your emergency department provider. New prescriptions and/ or medication changes are noted below. If after you leave the emergency department you have any questions regarding your medications please contact your private physician.

## PRESCRIPTIONS:
MATOS, JEANNETTE has been given the following prescriptions:

**Walgreens Community Rx #21130, 60 Bank St Ste 100 Waterbury, CT 067022203, (203) 753 - 1116**

**diclofenac (diclofenac sodium 75 mg oral delayed release tablet)**
1 tab(s) Oral 2 times a day for 1 Days. Refills: 0.

**Other Medications (home meds, written rx, samples given, telephoned to pharmacy)**

**albuterol (Ventolin HFA 90 mcg/inh inhalation aerosol)**
2 puff(s) Inhalation 4 times a day as needed shortness of breath or wheezing.

**alirocumab (Praluent Pen 75 mg/mL subcutaneous solution)**
1 Milliliter Subcutaneous every 15 days. rotate injection sites.

**aspirin (aspirin 81 mg oral delayed release tablet)** 1 tab(s) Oral once a day.

**fluticasone nasal (Flonase)** 2 spray(s) Both Nostrils once a day.

**oxyCODONE** 1-2 tabs by mouth every 6 hours as needed for moderate to severe pain; as needed pain.

## MEDICATION LEAFLETS:

## DURABLE MEDICAL EQUIPMENT (DME), (if blank, not applicable):

| Order Physician | Order Name | Requested DT/TM | Vendor |
|---|---|---|---|
| Bergman PA-C, Lindsey | Knee Immobilizer Left--ED L1830 | 08/10/2020 14:40 | MEDAID |
| Bergman PA-C, Lindsey | Crutches-ED E0114 | 08/10/2020 14:41 | MEDAID |

**All patients acknowledge receipt of item and understand that this will be billed to their insurance. For any MED-AID billing questions please call 800-625-7206.**

## LAB AND RADIOLOGY TESTS ORDERED DURING THE ED VISIT:

| Test Type | Test Name |
|---|---|
| Radiology | XR Knee One or Two Views Left; |

## PROCEDURES COMPLETED DURING THE ED VISIT:
No Procedures

## PREVENTATIVE CARE SCREENING:

**Cigarette Smoking.** This is surely your greatest health problem! The facts are clear that cigarette smoking will shorten your life. It will cause a great deal of illness along the way. Quitting is easier with help and support. Call 1-866-END-HABIT

## DISCHARGE PLAN:

| Ordering Physician | Discharge Order | Display |
|---|---|---|
| BERGMAN, LINDSEY | ED Discharge Patient | 08/10/20 14:42:00 EDT, Home |

**Follow-up Instructions:**

**With:**                     **Address:**                     **When:**

Chase Ortho Clinic           160 Robbins St. Waterbury, CT 06721   , only if needed
                             (203) 573-7284

**PATIENT EDUCATION MATERIAL:**

MATOS, JEANNETTE has been given the following patient education material:
## Water on the Knee



Water on the knee is also known as knee effusion. The knee joint normally has less than 1 ounce of fluid. Injury or inflammation of the knee joint causes extra fluid to collect there. When this happens, the knee joint looks swollen and is usually painful. It may be hard to fully bend the knee.

The most common cause of water on the knee is osteoarthritis due to wear and tear on the joint cartilage. Other causes include injury to the cartilage, inflammatory arthritis such as gout or rheumatoid arthritis, and infection of the joint.

You may need a needle aspiration, if the cause of your water on the knee is not certain. This procedure removes a sample of joint fluid from the knee for testing. This is done with a local anesthetic. Removing excess fluid may also relieve swelling and pain.

### Home care

- Limit your activities. Stay off the injured leg as much as possible until pain improves.

- Keep your leg elevated to reduce pain and swelling. When sleeping, place a pillow under the injured leg. When sitting, support the injured leg so it is level with your waist. This is very important during the first 48 hours.

- Apply an ice pack over the injured area for 15 to 20 minutes every 3 to 6 hours. You should do this for the first 24 to 48 hours. You can make an ice pack by filling a plastic bag that seals at the top with ice cubes and then wrapping it with a thin towel. Continue to use ice packs for relief of pain and swelling as needed. As the ice melts, be careful to avoid getting your wrap, splint, or cast wet. After 48 hours, apply heat(warm shower or warm bath) for 15 to 20 minutes several times a day, or alternate ice and heat. If you have to wear a hook-and-loop knee brace, you can open it to apply the ice pack, or heat, directly to the knee. Never put ice directly on the skin. Always wrap the ice in a towel or other type of cloth.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or have ever had a stomach ulcer or GI bleeding, talk with your healthcare provider before using these medicines.

- If crutches or a walker have been recommended, do not put weight on the injured leg until you can do so without pain. Check with your healthcare provider before returning to sports or full work duties.

- If you have a hook-and-loop knee brace, you can remove it to bathe and sleep, unless told otherwise.

### Follow-up care

Follow up with your healthcare provider as advised.

If you are overweight, talk to your healthcare provider about a weight loss program. The excess weight puts extra strain on your knees.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Increasing pain, redness, or swelling of the knee

- Fever of 100.4°F (38°C) or above lasting for 24 to 48 hours

© 2000-2018 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Return to Emergency Department for further evaluation for any new or worsening symptoms.

If you had any cultures or x-rays performed during your visit, your final reports will be reviewed. You will be contacted if any further instructions are needed. If you would like a copy of your diagnostic test results, an authorization to release records can be completed in the Health Information Management (HIM) department 48 hours after the tests were performed. **We cannot give information over the phone**.

You may receive a survey in the mail when you get home. It would mean a lot to us if you would share your ED experience with us. Let us know what went well and how we need to improve. We thank you for choosing us for your healthcare needs.

No person should be abused physically or psychologically by another. Any person involved in an abusive relationship can call the following confidential phone numbers for support: Domestic Violence Hotline 203-575-0036  Sexual Assault Hotline 203-753-3613

**If you are uninsured, unable to afford medical care and/or your medications, please call Waterbury Health Access Program @ 203-573-7563.**

**If you are an employee of Waterbury Hospital and your injury is work related you need to follow-up with Concentra on the next business day. Their contact information is:**
Concentra Medical Centers
8 South Commons Road
Waterbury, CT 06704
(203) 759-1229

**As always, you are the most important factor in your recovery.** Please follow the instructions above carefully. Take your medicines as prescribed. Most important see a doctor again as discussed. If you have problems that we have not discussed **CALL OR VISIT YOUR DOCTOR RIGHT AWAY**. If you can't reach your doctor return to the Emergency Department.

**Seatbelts.** There is no doubt that seatbelts save lives. Every day in the Emergency Department we see how people without seatbelts are more severely hurt. We always buckle-up! Please do the same!

**Carbon Monoxide.** Carbon monoxide (CO) is an odorless, colorless gas. It can cause sudden illness and death if you breathe it. This can be harmful when power outages occur during emergencies such as hurricanes or winter storms. You may try to use alternative sources of fuel or electricity for heating, cooling, or cooking. CO from these sources can build up in your home, garage, or camper. It can poison the people and animals inside. If you are too hot or too cold, or you need to prepare food, do not put yourself and your family at risk. Go to friends or a community shelter for help. If you must use an alternative source of fuel or electricity, **use it only outside**. Be sure it is away from open windows.

**SYMPTOMS**

Exposure to CO can cause loss of consciousness and death. The most common symptoms of CO poisoning are:

*Headache.
*Vomiting.
*Nausea.
*Dizziness.
*Chest pain.
*Weakness.
*Confusion.

**PREVENTION**

Install a battery-operated CO detector in your home. Check or replace the battery when you change the time on your clocks each spring and fall. Many units include both smoke and CO detectors. It is recommended that both be installed.